In the Matter of the Application of THE NEW YORK
CENTRAL RAILROAD COMPANY, Respondent, against
THE PUBLIC SERVICE COMMISSION OF THE STATE OF
NEW YORK et al., Appellants.

*Railroads — certiorari — order of Public Service Commission directing
railroad to make repairs to roadway and approaches to viaducts crossing
tracks properly annulled.*

*Matter of New York Central R. R. Co. v. Public Serv. Comm.*, 214
App. Div. 830, affirmed.

(Argued February 26, 1926; decided March 30, 1926.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
July 21, 1925, which annulled, on certiorari, an order of
the Public Service Commission directing the petitioner
herein to make certain repairs to the roadways and
approaches of the Clinton street and Mineral Springs
road viaducts in the town of West Seneca, N. Y.   The
order of the Appellate Division directed that the pro-
ceeding " be remitted to the Commission with instructions
to follow the decision of the Court of Appeals (231 N. Y.
1) by relieving the petitioner of the burden of maintain-
ing the roadway and sidewalks and approaches of the
two viaducts outside the limits of the abutments, since
the petitioner does not use said portion for railroad pur-
poses and said portion is not ' railroad property ' within
the meaning of that phrase as used by the Court of
Appeals in 231 N. Y. 1."

*Russell B. Burnside* and *Charles G. Blakeslee* for
appellants.

*Noel S. Symons* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN,
CRANE, ANDREWS and LEHMAN, JJ.   Absent: CARDOZO, J.